```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03CR446 |
| v. | ) | |
| | ) | |
| JOSE MARTIN PANDURO-AVENA, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

1. The change of plea hearing is continued from June 16 in Omaha to June 27, 2005 at 9:00 a.m. before the undersigned magistrate judge in **Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska**.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 15th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge