IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR446 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MARTIN PANDURO-AVENA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The defendant has advised the court of his intent to enter a plea of guilty and has signed a plea agreement filed of record. See filing 93. Accordingly, his motion to suppress, filing 89, is considered withdrawn.

DATED this 22nd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge