IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR446 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MARTIN PANDURO-AVENA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

On the court's own motion, the change of plea hearing is continued to July 7, 2005 at 11:30 a.m.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated June 27, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge